IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Collins, Jessie L | Case Number: 05 B 08194 |
|---|---|---|
| | Collins, Luebertha | Judge: Goldgar, A. Benjamin |
| | Printed: 12/19/07 | Filed: 3/8/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 30, 2007
Confirmed: May 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 54,877.94 |  |
| Secured: |  | 25,896.61 |
| Unsecured: |  | 23,000.18 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,277.00 |
| Trustee Fee: |  | 2,649.37 |
| Other Funds: |  | 2,054.78 |
| Totals: | 54,877.94 | 54,877.94 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,277.00 | 1,277.00 |
| 2. | Midfirst Bank | Secured | 16,609.89 | 16,609.89 |
| 3. | Second City Construction Co | Secured | 7,615.95 | 7,615.95 |
| 4. | City Of Chicago | Secured | 675.00 | 675.00 |
| 5. | Second City Construction Co | Secured | 1,275.00 | 0.00 |
| 6. | Monumental Life Insurance Comp | Secured | 1,900.00 | 0.00 |
| 7. | Midfirst Bank | Secured | 3,436.27 | 995.77 |
| 8. | Cavalry Portfolio Services | Unsecured | 1,563.19 | 5,008.63 |
| 9. | Asset Acceptance | Unsecured | 417.48 | 1,337.65 |
| 10. | City Of Chicago | Unsecured | 53.73 | 172.17 |
| 11. | Capital One | Unsecured | 200.27 | 641.68 |
| 12. | Capital One | Unsecured | 505.54 | 1,619.81 |
| 13. | Peoples Energy Corp | Unsecured | 203.78 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 4,228.69 | 13,549.15 |
| 15. | Palisades Collection LLC | Unsecured | 104.70 | 0.00 |
| 16. | Capital One | Unsecured | 209.45 | 671.09 |
| 17. | Midwest Verizon Wireless | Unsecured | 18.73 | 0.00 |
| 18. | Credit Acceptance Corp | Secured |  | No Claim Filed |
| 19. | Credit Acceptance Corp | Unsecured |  | No Claim Filed |
| 20. | Bank Calumet | Unsecured |  | No Claim Filed |
| 21. | Bay Area Credit Services | Unsecured |  | No Claim Filed |
| 22. | Bank Calumet | Unsecured |  | No Claim Filed |
| 23. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 24. | First USA | Unsecured |  | No Claim Filed |
| 25. | Commonwealth Edison | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Collins, Jessie L | Case Number: 05 B 08194 |
| --- | --- | --- |
| | Collins, Luebertha | Judge: Goldgar, A. Benjamin |
| | Printed: 12/19/07 | Filed: 3/8/05 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | SBC | Unsecured | | No Claim Filed |
| 27. | Comcast | Unsecured | | No Claim Filed |
| 28. | Asset Acceptance | Unsecured | | No Claim Filed |
| 29. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 30. | Asset Acceptance | Unsecured | | No Claim Filed |
| 31. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 32. | KCA Financial Services | Unsecured | | No Claim Filed |
| 33. | SBC | Unsecured | | No Claim Filed |
| 34. | Txcollect, Inc Dba Ct | Unsecured | | No Claim Filed |
| 35. | Harris & Harris | Unsecured | | No Claim Filed |
| 36. | US Bank | Unsecured | | No Claim Filed |
| 37. | Credit Bureau Accts Collections & Servs | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 40,294.67 | $ 50,173.79 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 3% | 204.17 |
| 5.5% | 599.16 |
| 5% | 131.12 |
| 4.8% | 320.75 |
| 5.4% | 1,394.17 |
| | _____ |
| | $ 2,649.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

